```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/10/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

                 **18-CR-420 (ALC)**

    -against-

                 **ORDER**

**TITO LLANES,**

                 **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Hearing is set for **July 15, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **New York, New York**
             **July 10, 2020**

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**