```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC#: _____
                                                          DATE FILED: 2-8-23
```

------------------------------------------------------------ x
UNITED STATES OF AMERICA,                  :
                                           :
                    Plaintiff,    :
                                           :      18-CR-420 (ALC)
    -against-                            :
                                           :      **ORDER**
TITO LLANES,                               :
                                           :
                    Defendant.    :
                                           :
------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

    A Status Conference is scheduled for **February 16, 2023** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            February 8, 2023

                                          ANDREW L. CARTER, JR.
                                          United States District Judge