```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 2-8-23
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Plaintiff,        :
                                           :    18-CR-420 (ALC)
            -against-                      :
                                           :    ORDER
TITO LLANES,                               :
                                           :
                         Defendant.        :
                                           :
------------------------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for **February 16, 2023** is adjourned to **4:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         February 8, 2023

                                         _____
                                         ANDREW L. CARTER, JR.
                                         United States District Judge